**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-01089-CMA-MJW

BRIAN EDMOND BATH,

    Plaintiff,

v.

EMC MORTGAGE CORPORATION,
JOHN VELLA,
EXPERIAN INFORMATION SOLUTIONS, INC., and
VICTOR NICHOLS,

    Defendants.

## ORDER OF RECUSAL

By Notice of Disclosure (Doc. # 6), the undersigned notified the parties in this matter of her various business associations with JP Morgan Chase Bank, which is the parent company of Bear Stearns Companies LLC, which is in turn the parent company of Defendant EMC Mortgage LLC. On May 11, 2011, Plaintiff timely filed a request for the undersigned to recuse herself based on said Notice of Disclosure (*see* Doc. # 20).

Based on Plaintiff's concerns, and her business relationships with JP Morgan Chase Bank, the undersigned believes that she should recuse herself. It is, therefore,

ORDERED that the judge's file be returned to the clerk and that this case be reassigned by random draw.

DATED:  May __11__, 2011        BY THE COURT:

                                                    */s/ Christine M. Arguello*
                                                    CHRISTINE M. ARGUELLO
                                                    United States District Judge