**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 11-cv-01089-REB-MJW

BRIAN EDMOND BATH,

    Plaintiff,

v.

EMC MORTGAGE CORPORAITON,
JOHN VELLA,
EXPERIAN INFORMATION SOLUTIONS, INC., and
VICTOR NICHOLS,

    Defendant.

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

This matter comes before the Court, *sua sponte*.

**IT IS ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(A)-(C), Fed. R. Civ. P. 72 and D.C.COLO.LCivR 72.1C, the United States Magistrate is designated to conduct proceedings in this civil action as follows:

- (X) Convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2.

- (X) Conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause.

- (X) Convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

- (X) Hear and determine pretrial matters, as referred.

- (X) Conduct a pretrial conference and enter a pretrial order.

**IT IS FURTHER ORDERED** that parties and counsel shall be familiar and comply with the undersigned judge's requirements at **www.cod.uscourts.gov.**

Dated May 13, 2011, at Denver, Colorado.

                    **BY THE COURT:**

Robert E. Blackburn
United States District Judge