**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01089-REB-MJW

BRIAN EDMOND BATH,

     Plaintiff,

v.

EMC MORTGAGE CORPORAITON,
EXPERIAN INFORMATION SOLUTIONS, INC.,
JOHN VELLA, and
VICTOR NICHOLS,

     Defendant.

---

**ORDER OF DISMISSAL AS TO DEFENDANTS, JOHN VELLA
AND VICTOR NICHOLS, ONLY**

---

**Blackburn, J.**

The following matters are before me for consideration: (1) the **Stipulation To Dismiss Defendant Victor Nichols** [#31][1] filed May 27, 2011; and (2) the **Stipulation For Dismissal With Prejudice** [#33] filed May 27, 2011.  After reviewing the stipulations and the file, I conclude that the stipulations should be approved and that plaintiff's claims against defendants, John Vella and Victor Nichols, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation To Dismiss Defendant Victor Nichols** [#31] filed May 27, 2011, is **APPROVED**;

2. That the **Stipulation For Dismissal With Prejudice** [#33] filed May 27, 2011,

---

[1]"[#31]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

is **APPROVED**;

3.  That any pending motion filed by or on behalf of defendant, Victor Nichols, is

**DENIED** as moot;

4.  That plaintiff's claims against defendants, John Vella and Victor Nichols, are

**DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and

costs; and

5.  That defendants, John Vella and Victor Nichols, are **DROPPED** as named

parties to this action, and the case caption is amended accordingly.

Dated May 31, 2011, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

2