IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 11-CV-01089-REB-MJW

BRIAN EDMOND BATH,

    Plaintiff,

v.

EMC MORTGAGE CORPORATION,
JOHN VELLA,
EXPERIAN INFORMATION SOLUTIONS, INC., and
VICTOR NICHOLS

    Defendants.

## ORDER GRANTING DEFENDANT EMC MORTGAGE LLC'S MOTION FOR PROTECTIVE ORDER ( Docket No 40 )

This matter comes before the Court on Defendant EMC Mortgage LLC's Motion for Protective Order ("Motion"). The Court, being fully advised and good cause appearing, hereby GRANTS the Motion. For the reasons set forth in the Motion, the Court stays discovery directed to Defendant EMC Mortgage LLC ("EMC") and the Rule 26(a)(1) disclosures of EMC pending resolution of EMC's Motion to Dismiss Plaintiff's First Amended Complaint (Doc. No. 35).

Dated the 26th day of July, 2011.

BY THE COURT:

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

#1555556 v1 den