### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No. 11-cv-01089-REB-MJW

BRIAN EDMOND BATH,

    Plaintiff,

v.

EMC MORTGAGE CORPORAITON, and
EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendants.

## ORDER DENYING AS MOOT MOTIONS TO DISMISS

**Blackburn, J.**

    This matter is before me *sua sponte* to consider (1) **Defendant Victor Nichols' Motion and Memorandum of Points and Authorities in Support of Motion To Dismiss Complaint of Brian Edmond Bath** [#7][1] filed May 2, 2011; and (2) **Defendants EMC Mortgage LLC and John Vella's Motion To Dismiss for Failure To State a Claim Under Fed.R.Civ.P. 12(b)(6)** [#24] filed May 12, 2011.  With the consent of the magistrate judge, I withdraw the prior reference of these motions (*see* **Memorandum** [#26] filed May 13, 2011) and dispose of them.

    After the motions were filed, plaintiff's **First Amended Complaint** [#28] filed May 13, 2011, was tendered and accepted for filing.  The filing of an amended complaint

---

[1] "[#7]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

moots a motion to dismiss directed at the superceded complaint.[2]  *See Griggs v. Jornayvaz*, 2009 WL 1464408 at *1 (D. Colo. May 22, 2009); *United States ex rel. Babb v. Northrop Grumman Corp.*, 2007 WL 1793795 at *1 (D. Colo. June 19, 2007). Therefore, the above-referenced motions are moot and will be denied without prejudice on that basis.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the order of reference contained in the **Memorandum** [#26] filed May 13, 2011, is **WITHDRAWN** with the consent of the magistrate judge;

2.  That **Defendant Victor Nichols' Motion and Memorandum of Points and Authorities in Support of Motion To Dismiss Complaint of Brian Edmond Bath** [#7] filed May 2, 2011, is **DENIED WITHOUT PREJUDICE** as moot; and

3.  That **Defendants EMC Mortgage LLC and John Vella's Motion To Dismiss for Failure To State a Claim Under Fed.R.Civ.P. 12(b)(6)** [#24] filed May 12, 2011, is **DENIED WITHOUT PREJUDICE** as moot.

Dated October 31, 2011, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

---

[2]  I note further that movants, Victor Nichols and John Vella, were dismissed subsequently by stipulation of the parties.  (**Order of Dismissal as to Defendants, John Vella and Victor Nichols, Only** [#34] filed May 31, 2011.)