IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01089-REB-MJW

BRIAN EDMOND BATH,

Plaintiff(s),

v.

EMC MORTGAGE CORPORATION and
EXPERIAN INFORMATION SOLUTIONS, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant Experian Information Solutions, Inc.'s Motion for Leave to Appear at Rule 16 Scheduling Conference Via Telephone (docket no. 86) is GRANTED.  Defendant Experian Information Solutions, Inc., shall telephone Magistrate Judge Watanabe's chambers at 303-844-2403 on January 20, 2012, at 10:00 a.m. MST to participate at the Rule 16 Conference.

Date:   January 9, 2012