IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 11-cv-01089-REB-MJW

BRIAN EDMUND BATH,

Plaintiff,

v.

EMC MORTGAGE CORPORATION,
JOHN VELLA,
EXPERIAN INFORMATION SOLUTIONS, INC., and
VICTOR NICHOLS,

Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION TO STRIKE
ENTRY OF APPEARANCE (DOCKET NO. 91)**

---

This matter comes before the Court on the "Motion to Strike Entry of Appearance (Docket No. 91)" filed by undersigned counsel for Defendant EMC Mortgage LLC, formerly known as EMC Mortgage Corporation (Docket No. 91). The Court, being fully advised and good cause appearing, hereby **GRANTS** the Motion. Docket No. 91 is hereby **STRIKEN**. *Desmonne Bennett shall be removed from the conflict telephone notice list.*

Dated January 11, 2012

BY THE COURT:

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO